UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISAZA ET AL,                                    :
                                                :
                          Plaintiff,            :            25-CV-2831 (RA) (RWL)
                                                :
            - against -                         :
                                                :            **ORDER**
COUNTER & BODEGA INC. ET AL,                    :
                                                :
                          Defendant.            :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Case Management Plan entered in this case requires the parties to file a joint status letter every 90 days.  (Dkt. 21.)  The deadline to file such letter has passed. Accordingly, no later than **June 23, 2026**, the parties shall file a joint letter updating the Court as to the status of this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1