UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

LUZ ISAZA and RAYDEL PAREDEZ,                    :
                                                 :
                                Plaintiffs,      :
                                                 :         **No. 25 Civ. 2831 (RA) (RWL)**
                     -against-                    :
                                                 :
COUNTER & BODEGA INC. and SOPHIE                 :
SERRANO,                                         :         ~~(PROPOSED)~~ JUDGMENT
                                                 :
                                Defendants.       :
----------------------------------------------------------------------X

WHEREAS, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Luz Isaza and Raydel Paredez ("Plaintiffs") on June 19, 2026; it is

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiffs and against Defendants Counter & Bodega Inc. and Sophie Serrano, jointly and severally, in the amount of $30,000.00, inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 23).

Dated:  New York, New York
        June 23, 2026

                                        **SO ORDERED:**

                                        _____
                                        Hon. Ronnie Abrams
                                        United States District Judge